RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for JAVIER HERRERA-ARCIGA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAVIER HERRERA-ARCIGA,<br><br>        Defendant. | Case No. 3:17-cr-00013-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for JAVIER HERRERA-ARCIGA and NICHOLAS A. TRUTANICH, United States Attorney, and SUE FAHAMI & ANDOLYN JOHNSON, Assistant United States Attorneys, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for February 4, 2020, at 9:00 AM, be vacated and continued to April 1, 2020, at 10:00 AM.

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Herrera-Arciga.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Herrera-Arciga is currently detained and agrees to the continuance. Specifically, Mr. Herrera-Arciga was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 20th day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Javier Herrera-Arciga | By: */s/ Sue Fahami*<br>SUE FAHAMI<br>Assistant United States Attorney<br>Counsel for United States<br>NICHOLAS A. TRUTANICH<br>United States Attorney |
| | By: */s/ Andolyn Johnson*<br>ANDOLYN JOHNSON<br>Assistant United States Attorney<br>Counsel for United States |

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for February 4, 2020, at 9:00 AM, be vacated and continued to **April 1, 2020, at 10:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. IT IS SO ORDERED.**

DATED this 30th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE